

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| 5622 EQUITY DE, LLC AND REAL PROPERTY LOCATED AT 5622 EVERS ROAD, SAN ANTONIO, TEXAS 78238, | § | No. 08-23-00030-CV |
| | § | Appeal from the |
| Appellants, | § | 285th District Court |
| v. | § | of Bexar County, Texas |
| CITY OF LEON VALLEY, | § | (TC# 2022-CI-14895) |
| Appellee. | § | |

## **O R D E R**

The reporter's record in this accelerated appeal was originally due on December 29, 2022, and was thereafter extended by the Fourth Court of Appeals to be due January 17, 2023. No reporter's record has been filed to date, despite numerous attempts to contact the court reporter of the 73rd Judicial District Court, Luis Duran.

Accordingly, we hereby ORDER court reporter Luis Duran to file the reporter's record in No. 08-23-00030-CV on or before February 21, 2023. Mr. Duran is advised that if the record is not received by this date, we may order him to appear and show cause why he should not be held in contempt. No further extensions will be granted.

IT IS SO ORDERED this 14th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.

1